UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

ORA J. WATLEY,                              )
                                            )
    vs.                                     )   Case No. 08-0349-CV-W-RED-SSA
                                            )
MICHAEL J. ASTRUE,                          )
Commissioner of the Social Security.        )
                                            )

\_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

    Upon review of the record, the Court finds that substantial evidence on the record as a whole supports the Administrative Law Judge's finding and conclusions in this case. Accordingly, the Court **AFFIRMS** the decision of the Administrative Law Judge.

    **IT IS SO ORDERED.**


April 3 , 2009                                 Ann Thompson
Date                                        Clerk of the Court


Entered on: April 6, 2009                      s/ Karen Siegert
                                            (By) Deputy Clerk